**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

MERCHANTS NATIONAL INSURANCE )
COMPANY, )
                        )
      Plaintiff, )
                        )
v.                         )      CASE NO. CV414-215
                        )
PLUMBING MART OF FLORIDA, INC., )
                        )
      Defendant. )
                        )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23RD day of April 2015.



WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
APR 23 2015
CLERK
SO. DIST. OF GA